IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

    Plaintiff,                      No. CIV S-06-1438 DFL EFB PS

    vs.

UNITED STATES GOVERNMENT,

    Defendant.

_____/

    Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

    IT IS SO ORDERED.

DATED: November 14, 2006.

                                              /s/ Edmund F. Brennan
                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE